-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CHRISTOPHER M. MURPHY, on Behalf of
Himself and All Other Employees of Labor
Ready. Inc. and Labor Ready Northeast. Inc.,
and Former Employees, and/or Aggrieved by
Labor Ready Properties, Inc., in the State of
New York., Similarly Situated,

        Plaintiff,

  -v-

LABOR READY, INC., LABOR READY
NORTHEAST, INC., and, LABOR READY
PROPERTIES, INC., Individually, Jointly
and Severally,

        Defendants.

06-CV-6461T(Fe)
ORDER

---

Plaintiff has requested permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a) and has met the statutory requirements. Accordingly, plaintiff's request to proceed as a poor person is hereby granted. In addition, plaintiff's complaint has been reviewed by the Court with respect to the 28 U.S.C. § 1915(e)(2) criteria.

The Clerk of the Court is directed to file plaintiff's papers, and to cause the United States Marshal to serve copies of the Summons, Complaint, and this Order upon the named defendants without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor.

SO ORDERED.

DATED: 9/26, 2006
Buffalo, New York

_____
JOHN T. CURTIN
United States District Judge